UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

F-V Enterprise, LLC, Atlantic Harvesters, LLC
    Plaintiffs

    v.

CIVIL ACTION NO.:
1:24-cv-11849-RGS

Richard Sanzo
    Claimant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
October 18, 2024

Stearns, D.J.

In accordance with the Order entered on October 18, 2024, GRANTING Claimants Motion for Summary Judgment, Judgment is entered against F-V Enterprise, LLC and Atlantic Harvesters, LLC. This case is hereby DISMISSED as untimely.

    SO ORDERED.

                                           /s/ Richard G. Stearns
                                           RICHARD G. STEARNS
                                           United States District Judge